UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **GLEN WOODS** | CIVIL ACTION NO. 06-0935-M |
| -vs- | JUDGE DRELL |
| **SANDRA BANKS, et al.** | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For written reasons given this date,

IT IS ORDERED that Plaintiff's claims against the State of Louisiana, individually and through Columbia Developmental Center, are SEVERED and REMANDED to the 28th Judicial District Court, LaSalle Parish, Louisiana.

IT IS FURTHER ORDERED that the claims by the United States against the State of Louisiana as a third-party defendant shall remain in this Court. To that extent, the Motion to Remand is DENIED.

SIGNED on this 20th day of March, 2007, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge